Sheri Thome, Esq.
Nevada Bar No. 08657
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
Telephone: (702) 727-1400
Facsimile:  (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLECTAT2 LTD, a United Kingdom corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANCUN, LLC, a Nevada Limited Liability Company; ERIKA AYALA AGUILAR, an individual,<br><br>Defendants. | CASE NO: 2:22-cv-01033-CDS-VCF<br><br>**PLAINTIFF'S FIRST AMENDED CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, Plaintiff Flectat2 LTD, by and through its counsel of record, Sheri M. Thome, Esq., of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby states that the following parties have a direct, pecuniary interest in the outcome of this case other than the named parties:

Canopius

Aegis

Argo

Premiare

MS Amlin

Argenta

Axis Managing Agency

1

272822127v.1

These representations are made to enable the judges of the Court to evaluate possible disqualification or recusal.

DATED this _18th_ day of July, 2022.

                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                    BY: */s/ Sheri Thome*
                          Sheri Thome, Esq.
                          Nevada Bar No.  08657
                          6689 Las Vegas Blvd. South, Suite 200
                          Las Vegas, NV 89119
                          Telephone: (702) 727-1400
                          Facsimile: (702) 727-1401
                          *Attorneys for Plaintiff*

272822127v.1